STATE of Missouri, Respondent,

v.

James HOWARD, Appellant.

No. ED 75069.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 25, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 30, 2000.

Application for Transfer Denied
June 27, 2000.

David C. Hemingway, Asst. Sp. Public
Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Shaun J. Mackelprang, Asst. Atty. Gen.,
Jefferson City, for respondent.

Before KATHIANNE KNAUP
CRANE, P.J., ROBERT G. DOWD, J.,
and SHERRI B. SULLIVAN, J.

ORDER

PER CURIAM.

James Howard (Appellant) appeals his
conviction by jury in the Circuit Court of
the City of St. Louis of murder in the first
degree, § 565.020 RSMo (1994)[1], two

(1994), unless otherwise indicated.

counts of robbery in the first degree, § 569.020, two counts of burglary in the first degree, § 569.160, assault in the first degree, § 565.050, two counts of forcible sodomy, § 566.060, and four counts of armed criminal action, § 571.015. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's ruling was not an abuse of discretion. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Rule 30.25(b).